UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| ABU KOWSAR SHAMIM,<br><br>Plaintiff,<br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General of the United States, and JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services,<br><br>Defendants. | **STIPULATION OF DISMISSAL** **<u>WITHOUT PREJUDICE</u>**<br><br>Civil Action No. 26-cv-5782<br><br>(Vitaliano, J.) |

------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Elmhurst, New York
November 19, 2026

MAHFUZUR RAHMAN LAW OFFICE, P.C.
*Attorney for Plaintiff*
75-21 Broadway, 3rd Floor
Elmhurst, New York 11373

By: ______________________________
Mahfuzur Rahman, Esq.
(347) 856-1736
attymahfuz@gmail.com

Dated: Central Islip, New York
November 19, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
610 Federal Plaza, 5th Fl.
Central Islip, New York 11722

By: */s/ Robert W. Schumacher, II*
Robert W. Schumacher, II
Assistant U.S. Attorney
(631) 715-7871
robert.schumacher@usdoj.gov

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 11/25/2026

*/s/ Eric N. Vitaliano*
**Eric N. Vitaliano**
**United States District Judge**